UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRA CHRISTOPHER JACKSON,

    Plaintiff,

  v.

STEVE MAES, et al.,

    Defendants.

Case No. 14-cv-03167-MEJ

**ORDER TO SHOW CAUSE**

Plaintiff Ira Christopher Jackson filed this case on July 14, 2014.  Since that time, there has been no further docket activity and no indication that any of the named Defendants have been served.  Further, this matter is scheduled for a Case Management Conference on October 16, yet no case management statement has been filed.  Accordingly, the Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  Plaintiff shall file a declaration by October 23, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on November 6, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that Plaintiff file a written response by the deadline above. The October 16 CMC is VACATED.

    **IT IS SO ORDERED.**

Dated: October 10, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA CHRISTOPHER JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE MAES, et al.,<br><br>    Defendants. | Case No.  14-cv-03167-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/10/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ira Christopher Jackson
3764 Log Cabin Drive
Macon, GA 31204

Dated: 10/10/2014

                                        Richard W. Wieking
                                        Clerk, United States District Court

                                        By:_____
                                        Chris Nathan, Deputy Clerk to the
                                        Honorable MARIA-ELENA JAMES