UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRA CHRISTOPHER JACKSON,

    Plaintiff,

  v.

STEVE MAES, et al.,

    Defendants.

Case No. 14-cv-03167-WHO

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Re: Dkt. No. 7

I have reviewed Magistrate Judge James's October 28, 2014 report and recommendation regarding dismissal of this case for failure to comply with a court order and failure to prosecute. Dkt. No. 7. No party objected to the report and recommendation within 14 days as required under 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.

The report and recommendation is well-reasoned, thorough, and correct, and I adopt it in every respect. Pursuant to Federal Rule of Civil Procedure 41(b), the case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: November 13, 2014



WILLIAM H. ORRICK
United States District Judge